UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAYLEN MATOS,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(g)(9)<br>18 U.S.C. § 924(a)(8)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (Felon in Possession of a Firearm)

1. On or about January 24, 2023, in the Southern District of Ohio, the defendant, **KAYLEN MATOS**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Lone Wolf Model 19X 9mm firearm, bearing serial number C1A683, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

### COUNT TWO
### (Possession of a Firearm After a Misdemeanor Domestic Violence Conviction)

2. On or about January 24, 2023, in the Southern District of Ohio, the defendant, **KAYLEN MATOS**, knowing that he had been convicted of a misdemeanor crime of domestic violence, did knowingly possess a firearm, to wit: a Lone Wolf Model 19X 9mm firearm, bearing

serial number C1A683, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(8).**

## FORFEITURE ALLEGATION

3. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4. Upon conviction of any offense alleged in Count One or Count Two of this Indictment, the defendant, **KAYLEN MATOS**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One Lone Wolf Model 19X 9mm firearm, bearing serial number C1A683; and
- All associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

*s/Foreperson*
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*[signature]*

**HEIDY T. CARR (0093524)**
**Special Assistant United States Attorney**
**KEVIN KELLEY (0042406)**
**Assistant United States Attorney**